■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IVAN MASON, Appellant. [824 NYS2d 739]—Appeal by the defendant from an order of the County Court, Suffolk County (Hinrichs, J.), dated March 11, 2005, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, the Supreme Court's determination designating him a level three sex offender is supported by clear and convincing evidence (*see* Correction Law § 168-n [3]; *People v Maiello,* 32 AD3d 463 [2006]; *People v Johnson,* 23 AD3d 635 [2005]).

The defendant failed to present clear and convincing evidence of the existence of special circumstances to warrant a downward departure from his presumptive risk level as determined by the risk assessment instrument (*see People v Davis,* 26 AD3d 364 [2006]; *People v Masters,* 19 AD3d 387 [2005]; *People v Williams,* 19 AD3d 388 [2005]). Miller, J.P., Goldstein, Skelos and Fisher, JJ., concur.